**From:** **Fogarty, Joseph** jfogarty@morrisonmahoney.com
**Subject:** RE: Schachter - emails
**Date:** November 26, 2019 at 9:19 AM
**To:** J G jglass1@gmail.com, Wendy Rogovin wrogovin@gmail.com



Wendy please not correction to email

It is an expensive process that Sunrise is not willing to undertake.   That was a typo

**From:** J G [mailto:jglass1@gmail.com]
**Sent:** Tuesday, November 26, 2019 9:18 AM
**To:** Wendy Rogovin <wrogovin@gmail.com>; Fogarty, Joseph <JFogarty@morrisonmahoney.com>
**Subject:** Fwd: Schachter - emails

**\*\*External Email\*\***

Wendy, below from Joe, probably 1 of x.

---------- Forwarded message ---------
From: **Fogarty, Joseph** <JFogarty@morrisonmahoney.com>
Date: Tue, Nov 26, 2019 at 9:16 AM
Subject: Schachter - emails
To: Jordan Glass <jglass1@gmail.com>
Cc: Desmond, Joseph <JDesmond@morrisonmahoney.com>


Counsel

Attached is the one email that SSLMI was able to locate after searching the readily accessible data of the community emails.  There may be additional emails backed up on tapes but it would need to be restored and indexed before it can be searched.  It is an expensive process that Sunrise is willing to undertake.   As you can see, metadata for this email appears to be available.  I understand there may be very limited metadata for the Yardi notes, and will request same.

Please forward this to Wendy, I could not locate her email at the moment.

Thanks



**Joseph M. Fogarty**
Associate

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T 617-737-8820 | F (617) 342-4824
JFogarty@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom


The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.


--

Jordan D. Glass, Esq.
JORDAN D. GLASS, P.C.
7-11 Legion Drive, Suite M-2
Valhalla, New York  10595-2052
(914) 831-3087; fax: (914) 239-4809

NON-CONFIDENTIALITY WARNING NOTICE: This email and any documents, files or previous emails attached to it may contain confidential or legally privileged information, all of which may be viewed or accessed by Internet companies or government agencies. You should take this into consideration before using email.

CONFIDENTIALITY NOTICE: This e-mail and any documents, files or previous e-mails attached to it may contain confidential or legally privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are ON NOTICE that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this e-mail is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.